WILLIAM T. MEREDITH ET AL. v. THE CITY OF
PERTH AMBOY.

Argued February 24, 1899—Decided June 12, 1899.

Proceedings for opening a street over the prosecutor's lands being set aside,
an ordinance requiring them to grade the street in front of their abut-
ting lands must also be set aside.

On *certiorari* as to grading of Railroad avenue.

Before Justices DIXON and COLLINS.

For the prosecutors, *Ephraim Cutter* and *Alan H. Strong.*

For the defendant, *James S. Wight.*

The opinion of the court was delivered by

DIXON, J. This *certiorari* brings up a municipal ordi-
nance approved August 4th, 1898, requiring the prosecutors
and others, as owners of land fronting on Railroad avenue,
to grade the sidewalk, carriageway and gutters of the avenue
in front of their land.

In another controversy between the same parties we have
decided that the city has not acquired, or taken the necessary
steps to acquire, the right to open this avenue over the land
of the prosecutors. Therefore, without considering the other
questions raised, we think this decision sufficiently demon-
strates the illegality of the ordinance, at least so far as it
affects the prosecutors. To that extent it is set aside, with
costs.